# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIA BERENICE CARDENAS RAMIREZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF CALIFORNIA CITY DETENTION FACILITY,<br><br>Respondent. | Case No. 1:26-cv-08361-JLT-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO MAIL PETITIONER COPY OF RESPONDENT'S RESPONSE (ECF No. 10) |

Petitioner is an immigration detainee proceeding *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241. On November 20, 2026, the Court received a letter from Petitioner stating, *inter alia*, that she has not received Respondent's response to the petition. (ECF No. 11.) Respondent filed a response on November 4, 2026. (ECF No. 10.)

Accordingly, the Court DIRECTS the Clerk of Court to mail a copy of Respondent's response (ECF No. 10) to Petitioner.

IT IS SO ORDERED.

Dated: **November 25, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE